**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**BRANDON LEE,**

                **Plaintiff,**

        v.                                             9:12-CV-1018
                                                          (FJS/CFH)

**MICHAEL GRAZIANO, Superintendent,
Greene Correctional Facility,**

                **Defendant.**

---

**APPEARANCES**                                               **OF COUNSEL**

**BRANDON LEE**
6 Rainbow Lane
Amityville, New York 11701
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**                     **KEVIN M. HAYDEN, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

Currently before the Court is Magistrate Judge Hummel's March 18, 2014 Report-Recommendation and Order, in which he recommended that this Court grant Defendant's motion to dismiss, *see* Dkt. No. 32, and dismiss Plaintiff's amended complaint, *see* Dkt. No. 13, with prejudice. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Hummel's March 18, 2014 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Hummel's March 18, 2014 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendant's motion to dismiss is **GRANTED**; and the Court further

**ORDERS** that Plaintiff's amended complaint is **DISMISSED** with prejudice; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: April 9, 2014
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge